IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**VINCENT WILLIAMS,**

        **Petitioner,**

    v.                            **CASE NO. 2:05-cv-769**
                                         **JUDGE FROST**
                                         **MAGISTRATE JUDGE ABEL**

**PAT HURLEY, Warden,**

        **Respondent.**

## OPINION AND ORDER

On March 21, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner objects to all of the Magistrate Judge's recommendations. Petitioner again raises all of the same arguments that were previously raised.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed in the Magistrate Judge's *Report and Recommendation*, petitioner's objections are **OVERRULED.** The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                                         /s/ Gregory L. Frost
                                                                         GREGORY L. FROST
                                                                      United States District Judge